# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154062(66)

MENARD, INC.,
        Petitioner-Appellant,

v

CITY OF ESCANABA,
        Respondent-Appellee.

_____/

SC: 154062
COA: 325718
Tax Tribunal: 00-441600,
      14-001918-TT

      On order of the Chief Justice, the motion of the Michigan Realtors to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 2, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk